309

935 A.2d 1269

**Derek JONES, Petitioner,**

v.

**Thomas CORBETT, Attorney Gen. for the Commonwealth of Penna.; James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondent.**

**No. 155 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 26, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of October, 2007, the Application for Leave to File Original Process is granted and the Writ of Habeas Corpus is denied.

935 A.2d 1269

**Alan EARP, Petitioner,**

v.

**Thomas CORBETT, Attorney Gen. for the Commonwealth of Penna., James T. Wynder, Superintendent at Sci–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 152 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 26, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of October, 2007, the Application for Leave to File Original Process is granted and the Writ of Habeas Corpus is denied.